**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

**UNITED STATES OF AMERICA**

        **Respondent,**

**v.**                       **CASE NUMBER: 3:02-CR-116**

**Odell Corley**

        **Petitioner.**

## APPEARANCE

To the Clerk of this court and all parties of record:

I, the below-signed, state that I have read the Standards for Professional Conduct within the Seventh Federal Judicial Circuit pursuant to N.D. Ind. L.R. 83.5(g) and appendix B-65-B-70 of this Court and will faithfully adhere to them.  I declare under penalty of perjury that the foregoing is true and correct.

Enter my appearance as counsel in this case for Odell Corley for the limited purpose of administratively assisting him with appointment of counsel with his upcoming motion pursuant to 28 U.S.C. § 2255.

    February 5, 2009
*Date*

                             Respectfully submitted,

                             Northern District of Indiana
                             Federal Community Defenders, Inc.

                           By:    s/ Jerome T. Flynn
                                    Jerome T. Flynn
                                    31 East Sibley Street
                                    Hammond, IN   46320
                                    Phone:  (219) 937-8020
                                    Fax:  (219) 937-8021

## **CERTIFICATE OF SERVICE**

I hereby certify that, on  February 5, 2009  , I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

> Randall M Stewart - AUSA
> Randall.Stewart@usdoj.gov

and I hereby certify that I have mailed the document by U.S. Postal Service to the following non CM/ECF participants:


  s/ Jerome T. Flynn